IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CALVA HASKELL,

        Petitioner,

                                  Case No. 5D23-0898

v.                                    LT Case No. 2009-CF-002359

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed March 10, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Calva Haskell, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee,
and, Rebecca Rock McGuigan, Assistant
Attorney General, Daytona Beach, for
Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

August 17, 2022 order denying motion to correct illegal sentence filed in

Case No. 2009-CF-002359, Lake County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, HARRIS and BOATWRIGHT, JJ., concur.